Business Search ?

The business name or identification number on file with the Secretary of State.

◉ By business name   ○ By Kansas Secretary of State Business ID   ○ By resident agent name

Nationwide Capital Services, LLC

◉ Contains   ○ Starts With

[Search]   [Return To Search Results]

General Information   View Documents

**Business ID**

5150743   [Purchase Certified Copies]

**Business Name**

NATIONWIDE CAPITAL SERVICES, LLC

**Type**

Foreign Limited Liability Company

**Formation Date**

10/24/2017

**Jurisdiction**

Nevada

**Status**

Active and in Good Standing
[Purchase Certificate of Good Standing]

**Principal Office**

**Address**

4300 E Sunset Rd Suite D1   [Update Online]

**City, State Zip**

Henderson, NV 89014

**Country**            United States of America

**Resident Agent Name**

REGISTERED AGENT SOLUTIONS, INC.

**Registered Office**

**Address**

2101 SW 21st Street
**City, State Zip**

TOPEKA, KS 66604

**Last Reporting Year**

2022
**Next Report Due Date**


EXHIBIT A

04/15/2025

**Forfeiture Date**

07/15/2025

All pages and content are the sole property of the Kansas Secretary of State

© 2024 - All Rights Reserved