

MAR 1 8 2024

Rockland Resource LLC
PO BOX 11291
Kansas City, MO 64119
Office: 833-496-2003
info@rocklandresource.com
https://www.rocklandresource.com

Date: 3/2/2024
File Number: ▮
Total Debt Placement: $3,578.28
Current Balance: $3,578.28
Original Creditor: Western Shamrock Corp
Original Account Number: ▮
Special Arrangements Online Only:
- 50% Discount, $1789.14 off
- Online Only: Self-Defined Payments

Available Arrangements (See back for details):
- Settlements in payments
- Monthly payments on the Balance
- Hardship Arrangements

Helen Davis
▮
KS ▮

Dear Helen Davis,

This notice is to inform you that Rockland Resource LLC has been authorized by Nationwide Capital Services to handle your outstanding balance of $3,578.28 with Western Shamrock Corp.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. Our office will further honor requests by email or phone, and for as long as the debt remains within our office.

The breakdown of your debt is as follows:

| | |
|---|---|
| As of 7/13/2022 you owed: | $3,578.28 |
| Between 7/13/2022 and today: | |
| You were charged this amount of interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | $3,578.28 |

You may contact us at 800-862-9133. Our hours of operation are every day from 8am-8pm central standard time. To pay online go to https://www.rocklandresource.com and click on the Pay Online link. Special Arrangements are available online.

Sincerely,

Sandra Kirkpatrick
Office: 833-496-2003
info@rocklandresource.com
https://www.rocklandresource.com

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Go to www.cfpb.gov/debt-collection to learn more about your rights under the federal law. For instance, you have the right to stop or limit how we contact you. Services are not provided in any language other than English.

**Notice: See reverse side for important information.**

You may fill out the form attached, or you may write us without the form. You may also submit any supporting documentation by website portal, email, fax, or mail.



EXHIBIT B