| | |
|---|---|
| Date Sent: | 2024-06-19 20:23:01 |
| From: | LASPD info@mylegaladvocates.org |
| To: | Rockland Resource LLC info@rocklandresource.com |
| CC: | |
| Subject: | Helen Davis / R7256647 |
| | **Click to download or view** |
| Attachments: | 12034_POA_Only.pdf |

# LASPD®
180 North Michigan Avenue, Suite 908, Chicago, IL 60601

**VIA FACSIMILE**

June 19, 2024

Rockland Resource LLC
PO Box 11291
Kansas City, MO 64119

Re:  Helen Davis
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮ KS ▮▮▮▮▮

**Consumer's account:** ▮▮▮▮▮▮▮

**Consumer's SSN:** xxx-xx-▮▮▮▮

LASPD file number: 12034

Dear Sir or Madam:

Please be advised that we represent Helen Davis regarding your firm's collection activities.

Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program that provides debt-related legal services to seniors and people with disabilities.  These individuals receive a fixed and/or limited income, protected by Federal laws, and LASPD advises them of their rights under these laws. Our goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Mrs. Davis . Our client 's income is protected from levy, attachment or garnishment by Federal law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client cannot pay the debt(s) that you are attempting to collect and we ask that you cease all further communications or collection actions. Our client also questions the correctness of the debt(s) you are trying to collect.


EXHIBIT C

In closing, I am prepared to furnish you with other appropriate information you may require. If you have any questions, please contact LASPD at 312-263-1633 or info@mylegaladvocates.org.

Very truly yours,

*Donald Leibsker*

Donald Leibsker
Legal Director

Enc.

Legal Advocates for Seniors and People with Disabilities®
Website: www.mylegaladvocates.org   E-Mail: info@mylegaladvocates.org
Phone: 312-263-1633   Fax: 312-263-1637

# Income and Expense Report

| Type | Category | Description | Amount |
|---|---|---|---|
| Income | Social Security Disability | Doyle | ███ |
| Income | Social Security Disability | Helen | ███ |
| Expense | Utilities | | ███ |
| Expense | Rent/Mortgage | | ███ |
| Expense | Food | | ███ |

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

Doyle R. Davis
**FIRST CLIENT'S NAME**

Helen M Davis
**SECOND CLIENT'S NAME**

Doyle R. Davis
**FIRST CLIENT'S SIGNATURE**

Helen M Davis
**SECOND CLIENT'S SIGNATURE**

12/27/2021
**DATE SIGNED**

12/27/2021
**DATE SIGNED**

Please include a **COPY** of just **ONE** of the following **SIGNED** documents:

1. Driver's License **OR**
2. State I.D. Card **OR**
3. Social Security Card **OR**
4. Medicare Card

**REMEMBER – YOU JUST NEED TO SEND ONE OF THE ABOVE.**

12/29/2016

7