

| | |
|---|---|
| Subscriber Name: | LEGAL ADVOCA |
| Subscriber Code/Market: | |
| Results Issued: | 7/27/24 15:26 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| | |
|---|---|
| Reference ID: | |
| SSN: | |
| Name: | Davis, Helen |
| Current Address: | KS. |

TRUVISION CREDIT REPORT

**DAVIS , HELEN**

| | | | |
|---|---|---|---|
| Also Known As: | SSN: | Phone: | In File Since: 3/95 |
| LOVELY,HELEN,M | Date of Birth: | | |
| LOVLEY,HELEN | | | |
| TEMPLE,HELEN | | | |

| Current Address: | Previous Address: | Previous Address: |
|---|---|---|
| Reported 12/21 | Reported 9/20 | |

## TRUVISION CREDIT SUMMARY (Total History)

| Public Records: | 0 | Collections: | 2 | Trades: | 30 | Inquiries: | 2 |
|---|---|---|---|---|---|---|---|

| Negative Trade Accounts: | | Trade Accounts with Any Historical Negatives: | | Occurrence of Historical Negatives: | | | |
|---|---|---|---|---|---|---|---|

| | Count | High Credit | Credit Limit | Balance | Past Due | Payment | Available |
|---|---|---|---|---|---|---|---|
| Closed w/Balance- | | n/a | n/a | | | $0 | n/a |
| Total | | $0 | $0 | | | $0 | |

## COLLECTIONS

**NATIONWIDE C (Y 2HSA001)**  Account #                                                  Account Rating  O9B

| | | | | |
|---|---|---|---|---|
| Original Creditor: | WESTERN SHAMROCK CORP(checkGuarantee) | Remarks: PLACED FOR COLLECTION | Amount Placed: $3,578 | Opened: 10/22 |
| Account Type: | OPEN | | Balance: $3,578 | Paid: |
| Responsibility: | I | | Past Due: $3,578 | Closed: |
| | | | Last Payment: | Verified: 7/24 |
| | | | | Update Method: automated |

| Delinquency | Maximum: | Payment Pattern | |
|---|---|---|---|
| | Amount: | Start Date: | |
| | Date: | | |



EXHIBIT D