

### THE LAW FIRM OF
### PHILIPPS & PHILIPPS, LTD.

David J. Philipps
   davephilipps@aol.com
Mary E. Philipps
   mephilipps@aol.com
Angie K. Robertson
   angie@philippslegal.com

August 27, 2024

Nationwide Capital Services, LLC
4300 East Sunset Road
Suite D1
Henderson, Nevada 89014

Re: **Helen Davis,** ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ **Kansas** ▊▊▊▊
     **SSN xxx-xx**▊▊▊▊ **Western Shamrock Account No. ending in** ▊▊▊

To Whom It May Concern:

I, along with my co-counsel, Legal Advocates for Seniors and People with Disabilities ("LASPD") and Ryan Callahan, represent Ms. Davis regarding your attempt to collect a debt she allegedly owes for a Western Shamrock account. As LASPD has previously told you, through your debt collector, Rockland Resource, the debt you are attempting to collect is disputed. Accordingly, we demand that you stop reporting that debt without noting that it is disputed.

Very truly yours,

David J. Philipps
DJP:at
Cc:   Ryan M. Callahan
       Callahan Law Firm, LLC
       222 West Gregory
       Suite 210
       Kansas City, Missouri 64114



EXHIBIT E



THE LAW FIRM OF
PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465

Nationwide Capital Services, LLC
4300 East Sunset Road
Suite D1
Henderson, Nevada 89014



PITNEY BOWES
$0.69 0
US POSTAGE
FIRST-CLASS
029W0002311098
2000263507
ZIP 60465
AUG 27 2024